



## MEMORANDUM OPINION

No. 04-10-00736-CV

**IN RE CARIBBEAN COWBOY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Rebecca Simmons, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  October 27, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On October 15, 2010, relator filed a petition for writ of mandamus and a "motion to stay proceedings." The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion to stay the trial court proceedings are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-10-082, styled *Jim Rymes, et al. v. Caribbean Cowboy, LLC d/b/a Caribbean Cowboy RV Resort*, pending in the 216th Judicial District Court, Bandera County, Texas, the Honorable Stephen B. Ables presiding.